IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE WAY INTERNATIONAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | C.A. No. 07-518-UNA |
| ) | |
| CARL A. TURNER, Sr. and THE WAY ) | |
| MINISTRIES, INC., ) | |
| ) | |
| Defendants. ) | |

## ALIAS PRAECIPE

PLEASE ISSUE an alias summons for service of the Complaint for private service of process upon defendant The Way Ministries, Inc. as follows:

The Way Ministries, Inc.
c/o Carl A. Turner, Sr.
1 Yorkshire Court
Bear, DE 19701

The Alias Summons is requested because the Registered Agent for defendant The Way Ministries, Inc. no longer resides at the address listed in the original summons.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Louis A. Colombo
Brandt W. Gebhardt
BAKER & HOSTETLER LLP
3200 National City Center
1900 East 9th Street
Cleveland, Ohio 44114
Tel: (216) 621-0200
Tel: (216) 696-0740

By: /s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
Kenneth L. Dorsney (#3726)
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE 19899-0951
Tel: (302) 984-6000
Fax: (302) 658-1192
rhorwitz@potteranderson.com
kdorsney@potteranderso.com

Dated: August 27, 2007

*Attorneys for Plaintiff*

815070 / 32139