IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE WAY INTERNATIONAL, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CARL A. TURNER, Sr. and THE WAY ) <br> MINISTRIES, INC., ) <br> ) <br> Defendants. ) | C.A. No. 07-518-UNA |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, The Way International, hereby states that it is a non-profit corporation duly organized and existing under the laws of the State of Ohio. The Way International does not have a parent corporation, and has no stock for a publicly held corporation to own.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Louis A. Colombo
Brandt W. Gebhardt
BAKER & HOSTETLER LLP
3200 National City Center
1900 East 9th Street
Cleveland, Ohio 44114
Tel: (216) 621-0200

Dated: August 27, 2007
814973 / 32139

By: /s/ Kenneth L. Dorsney
Richard L. Horwitz (#2246)
Kenneth L. Dorsney (#3726)
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE  19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderso.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on August 27, 2007, a true and correct copy of the within document was caused to be served on the following addresses as indicated:

**VIA FIRST CLASS MAIL**

Carl A. Turner, Sr.
1 Yorkshire Court
Bear, DE  19701

The Way Ministries, Inc.
c/o Carl A. Turner, Sr.
1 Yorkshire Court
Bear, DE  19701

*/s/ Kenneth L. Dorsney*
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

815256 / 32139