IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE WAY INTERNATIONAL,<br><br>      Plaintiff,<br><br>vs.<br><br>CARL A. TURNER, Sr. and THE WAY MINISTRIES, INC.,<br><br>      Defendants. | C.A. No. 07-518-UNA |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Louis A. Colombo and Brandt W. Gebhardt of Baker & Hostetler LLP, 3200 National City Center, 1900 East 9th Street, Cleveland OH, 44114, to represent plaintiff The Way International in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ Kenneth L. Dorsney
Richard L. Horwitz (#2246)
Kenneth L. Dorsney (#3726)
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE  19899-0951
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderso.com

Dated:  August 31, 2007
815582 / 32139

*Attorneys for Plaintiff*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: August 31, 2007          Signed: */s/ Louis A. Colombo*
                                       Louis A. Colombo
                                       Baker & Hostetler LLP
                                       3200 National City Center
                                       1900 East 9th Street
                                       Cleveland, OH 44114
                                       Telephone: 216-861-7340
                                       lcolombo@bakerlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: August 31, 2007          Signed:  /s/ Brandt W. Gebhardt
                                       Brandt W. Gebhardt
                                       Baker & Hostetler LLP
                                       3200 National City Center
                                       1900 East 9th Street
                                       Cleveland, OH 44114
                                       Telephone: 216-861-7106
                                       bgebhardt@bakerlaw.com

## **CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on August 31, 2007, a true and correct copy of the within document was caused to be served on the following addresses as indicated:

**VIA FIRST CLASS MAIL**

Carl A. Turner, Sr.
1 Yorkshire Court
Bear, DE  19701

The Way Ministries, Inc.
c/o Carl A. Turner, Sr.
1 Yorkshire Court
Bear, DE  19701

/s/ *Kenneth L. Dorsney*
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

815256 / 32139