IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE WAY INTERNATIONAL )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>CARL A. TURNER, SR. and THE WAY )<br>MINISTRIES, INC. )<br>)<br>    Defendants. ) | Civil Action No. 07-518 GMS |

### ORDER

WHEREAS, on August 24, 2007, the plaintiff filed a complaint against the above-captioned defendants (D.I. 1);

WHEREAS, on August 27, 2007, a summons was returned executed by The Way International as to Carl A. Turner, Sr. (D.I. 5). Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), the defendant Carl A. Turner, Sr. was required to serve an answer or otherwise plead to the complaint on or before September 13, 2007;

WHEREAS, on August 30, 2007, a summons was returned executed by The Way International as to The Way Ministries, Inc. (D.I. 6). Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), the defendant The Way Ministries, Inc. was required to serve an answer or otherwise plead to the complaint on or before September 18, 2007.

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendants;

IT IS HEREBY ORDERED that:

The defendants will answer or otherwise respond to the complaint within ten (10) days of the date of this Order.

CHIEF, UNITED STATES DISTRICT JUDGE

October 18, 2007

FILED
OCT 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE