IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE WAY INTERNATIONAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-518-GMS |
| | ) | |
| CARL A. TURNER, Sr. and THE WAY MINISTRIES, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF MAILING

STATE OF DELAWARE    )
                     ) ss:
COUNTY OF NEW CASTLE )

Kenneth L. Dorsney, being duly sworn, deposes and says:

1. I am an attorney admitted to practice before the Supreme Court of the State of Delaware and before the United States District Court for the District of Delaware and am an associate in the law firm of Potter Anderson & Corroon LLP, counsel for The Way International.

2. On October 17, 2007, I caused to be mailed by certified mail, return receipt requested, Plaintiff's Motion for Entry of Default Judgment (D.I. 8) to defendant Carl A. Turner, Sr., 1 Yorkshire Court, Bear, Delaware 19701, attached as Exhibit A. The document was received by Carl A. Turner, Sr. or his authorized representative on October 19, 2007, as evidenced by the return receipt, attached as Exhibit A.

3. On October 17, 2007, I caused to be mailed by certified mail, return receipt requested, Plaintiff's Motion for Entry of Default Judgment to defendant The Way Ministries, Inc., c/o Carl A. Turner, Sr., 1 Yorkshire Court, Bear, Delaware 19701, attached as Exhibit B.

The document was received by The Way Ministries, Inc. or its authorized representative on October 19, 2007, as evidenced by the return receipt, attached as Exhibit B.

Dated: October 30, 2007

*Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)

SWORN AND SUBSCRIBED before me the day and year aforesaid.

*Mary Ellen Stachel*
Notary Public
My commission expires: 4-9-08

828421 / 32139

# EXHIBIT A

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Kenneth L. Dorsney
Potter Anderson + Corroon LLP
1313 N Market St., 6th floor
Wilmington DE 19801

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carl A. Turner, Sr.
1 Yorkshire Court
Bear, DE 19701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Barbara Boyer
C. Date of Delivery: 10-19-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7002 2410 0006 2222 0637

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ .97 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.77 |

Sent To: Carl A Turner, Sr.
Street, Apt. No.; or PO Box No.: 1 Yorkshire Court
City, State, ZIP+4: Bear DE 19701

7002 2410 0006 2222 0637

PS Form 3800, June 2002    See Reverse for Instructions

# EXHIBIT B

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Kenneth L. Dorsney
Potter Anderson + Corroon LLP
1313 N. Market Street, 6th floor
Wilmington, DE 19801

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Way Ministries, Inc.
c/o Carl A. Turner, Sr.
1 Yorkshire Court
Bear, DE 19701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Barbara Boyer                    10-19-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7002 2410 0006 2222 0644

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ .97 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.77 |

Sent To: The Way Ministries, Inc.
         c/o Carl A. Turner, Sr.
Street, Apt. No.; or PO Box No.: 1 Yorkshire Court
City, State, ZIP+4: Bear DE 19701

PS Form 3800, June 2002    See Reverse for Instructions

7002 2410 0006 2222 0644