IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE WAY INTERNATIONAL | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-518 GMS |
| | ) | |
| CARL A. TURNER, SR. and THE WAY MINISTRIES, INC. | ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

WHEREAS, on August 24, 2007, the plaintiff filed a complaint against the above-captioned defendants (D.I. 1);

WHEREAS, on August 27, 2007, a summons was returned executed by The Way International as to Carl A. Turner, Sr. (D.I. 5). Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), the defendant Carl A. Turner, Sr. was required to serve an answer or otherwise plead to the complaint on or before September 13, 2007;

WHEREAS, on August 30, 2007, a summons was returned executed by The Way International as to The Way Ministries, Inc. (D.I. 6). Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), the defendant The Way Ministries, Inc. was required to serve an answer or otherwise plead to the complaint on or before September 18, 2007;

WHEREAS, on October 18, 2007, the court entered an Order directing the defendants to answer or otherwise respond to the Complaint within ten (10) days of the date of the Order (D.I. 9); and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendants;

IT IS HEREBY ORDERED that:

The Clerk of Court shall enter a default in appearance pursuant to Federal Rule of Civil Procedure 55(a) against the defendants Carl A. Turner, Sr. and The Way Ministries, Inc.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

November __5__, 2007

FILED
NOV - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE