IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAY INTERNATIONAL )<br> )<br> )<br>   Plaintiff )<br> )<br>   v. )<br> )<br>CARL A. TURNER, SR., et al. )<br> )<br>   Defendants ) | Civil Action No. 07-518 GMS |

**ENTRY OF DEFAULT**

It appearing from the file in this office that summonses returned executed were filed showing service on the defendants Carl A. Turner, Sr. and Way Ministries, Inc. on August 24, 2007, and August 29, 2007, respectively, and that said defendants have failed to file a pleading or otherwise defend, default is entered pursuant to Federal Rule of Civil Procedure 55(a).

PETER T. DALLEO, Clerk of Court

Dated: November 5, 2007

/s/
By: Marie McDavid, Deputy Clerk