**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE WAY INTERNATIONAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-518-GMS |
| | ) | |
| CARL A. TURNER, Sr. and THE WAY | ) | |
| MINISTRIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>AFFIDAVIT OF MAILING</u>

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) ss: |
| COUNTY OF NEW CASTLE | ) |

Kenneth L. Dorsney, being duly sworn, deposes and says:

1.     I am an attorney admitted to practice before the Supreme Court of the State of Delaware and before the United States District Court for the District of Delaware and am an associate in the law firm of Potter Anderson & Corroon LLP, counsel for The Way International.

2.     On November 15, 2007, I caused to be mailed by certified mail, return receipt requested, Plaintiff's Motion for Default Judgment (D.I. 13) and Memorandum in Support (D.I. 14) to defendant Carl A. Turner, Sr., 1 Yorkshire Court, Bear, Delaware  19701, attached as Exhibit A.  The United States Postal Service apparently attempted to deliver the documents to Carl A. Turner, Sr. and apparently notified him of the existence of the documents; however, Mr. Turner never claimed the documents, which were subsequently returned to Potter Anderson & Corroon LLP.  *See* Exhibit B.

3.     On November 15, 2007, I caused to be mailed by certified mail, return receipt requested, Plaintiff's Motion for Default Judgment (D.I. 13) and Memorandum in Support (D.I.

14) to defendant The Way Ministries, Inc., c/o Carl A. Turner, Sr., 1 Yorkshire Court, Bear, Delaware 19701, attached as Exhibit C. The United States Postal Service apparently attempted to deliver the documents to The Way Ministries, Inc. or its representative and apparently notified The Way Ministries, Inc. or its representative of the existence of the documents; however, neither The Way Ministries, Inc. nor its representative claimed the documents, which were subsequently returned to Potter Anderson & Corroon LLP. *See* Exhibit D.

Dated:  December 19, 2007

Kenneth L. Dorsney (#3726)

SWORN AND SUBSCRIBED before me the day and year aforesaid.

Notary Public
My commission expires:  4-9-08

838366 / 32139

2

# EXHIBIT A



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7002 2410 0006 2222 0651

| Postage | $ | 1.14 |
| Certified Fee | | 2.65 |
| Return Reciept Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.94 |

Sent To  Carl A. Turner, Sr.
Street, Apt. No.; or PO Box No.  1 Yorkshire Court
City, State, ZIP+4  Bear DE 19701

PS Form 3800, June 2002                See Reverse for Instructions

# EXHIBIT B



**ER ANDERSON & CORROON LLP**
s Plaza
Market Street
x 951
gton, Delaware 19899-0951

7002 2410 0006 2222 0651

Hasler $05.940
11/15/2007
Mailed From 1980
US POSTAGE

016H26512206

961
DEC 14 REC'D

Carl A. Turner, Sr.
1 Yorkshire Court



**RTS** RETURN TO SENDER    **UNCLAIMED**

A CE
C ICE
S ED

6000K

# EXHIBIT C



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.14 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.94 |

Postmark Here

Sent To  The Way Ministries, Inc.
         c/o Carl A. Turner, Sr.
Street, Apt. No.;
or PO Box No.  1 Yorkshire Court
City, State, ZIP+4  Briar DE 19701

7002 2410 0006 2222 0668

PS Form 3800, June 2002                    See Reverse for Instructions

# EXHIBIT D

**ANDERSON & CORROON** LLP
a
ket Street

Delaware  19899-0951

7002 2410 0006 2222 ▯▯▯▯

Master   $05.940
11/15/2007
Mailed From  19801
US POSTAGE

Name
_____  DEC 1 4 REC'D
2nd _____
Return _____

The Way Ministries, Inc.
c/o Carl A. Turner, Sr.
1 Yorkshire Court



**UNCLAIMED**

A
C   11-15
S   11/20
    11/30

6000K