

Kenneth L. Dorsney
Attorney at Law
kdorsney@potteranderson.com
302 984-6087 Direct Phone
302 658-1192 Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

February 19, 2008

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

      Re:    The Way International, v. Carl A. Turner, Sr. and The Way Ministries;
            C.A. No. 07-518-GMS

Dear Chief Judge Sleet:

      This firm represents Plaintiff The Way International ("The Way") in the above-referenced matter. Mindful of the Court's extremely busy docket, we write with respect to the pending Motion for Default Judgment against Defendants Carl A. Turner, Sr., and The Way Ministries, Inc. (collectively, "Defendants") (D.I. 13, 14).

      By way of background, on August 24, 2007, The Way filed its Complaint (D.I. 1) against the Defendants. After receiving no timely answer or response, on October 17, 2007, The Way moved for entry of default. (D.I. 8). On October 18, 2007, this Court ordered the Defendants to answer or otherwise respond to the Complaint by November 1, 2007 (D.I. 9). The Defendants did not answer or otherwise respond by the Court's November 1 deadline. Accordingly, on November 5, 2007 the Court ordered the Clerk of Court to enter a default against the Defendants (D.I. 11), which the Clerk did (D.I. 12). Thereafter, on November 15, 2007, The Way moved for entry of default judgment (D.I. 13, 14), and we filed the accompanying affidavit of mailing on December 19, 2007.

      At this point, counsel will appear at the Court's convenience if Your Honor believes that a hearing would be helpful on Plaintiff's Motion for Default Judgment, or will take any actions Your Honor believes would be helpful to the Court's consideration of that Motion on the papers. We will await further instructions from the Court.

                                                                          Respectfully,

                                                                          */s/ Kenneth L. Dorsney*

                                                                          Kenneth L. Dorsney

KLD:nmt/847823/32139
cc:     Clerk of the Court (via hand delivery)