IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE WAY INTERNATIONAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-518-GMS |
| | ) |
| CARL A. TURNER, Sr. and THE WAY MINISTRIES, INC., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, attorney Kenneth L. Dorsney, Esq., of Potter Anderson & Corroon LLP, 1313 N. Market Street, 6th Floor, Wilmington, Delaware 19801, hereby withdraws his appearance as counsel for The Way International ("Plaintiff"). All other attorneys involved in the case from Baker & Hostetler LLP and Potter Anderson & Corroon LLP continue to represent Plaintiff.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Louis A. Colombo
Brandt W. Gebhardt
BAKER & HOSTETLER LLP
3200 National City Center
1900 East 9th Street
Cleveland, Ohio 44114
Tel: (216) 621-0200

Dated: February 29, 2008
851737 / 32139

By: /s/ Kenneth L. Dorsney
Richard L. Horwitz (#2246)
Kenneth L. Dorsney (#3726)
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE 19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

*Attorneys for Plaintiff The Way International*